DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
thomas.bradley@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | STRUCTURING FINANCIAL |
| vs. | ) | TRANSACTIONS |
| | ) |    Vio. 31 U.S.C. §5324(a)(3) |
| HUSEIN AHMAD AZZAM, | ) | |
| | ) | COUNT 2: |
| Defendant. | ) | CRIMINAL FORFEITURE |
| | ) |    Vio. 31 U.S.C. § 5317(c)(1)(A) |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

Between on or about October 29 and on or about November 16, 1999, as further set forth below, in the District of Alaska, and elsewhere, defendant HUSEIN AHMAD AZZAM did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure and assist in structuring, and attempt to structure and assist in structuring, the following transactions with domestic financial institutions, by exchanging U.S. currency for 132 money orders, including U.S. Postal Money Orders; Travelers Express money orders from Williams Express stores located at 1500 E. 5th Ave., 1501 E. Abbott Rd., 5501 E. DeBarr Rd., 801 E. Tudor Rd., 2900 E. Tudor Rd., 717 E. Northern Lights Blvd., 6828 Lake Otis Pkwy., 10630 Old Seward Hwy., 285 Muldoon Rd., 1900 Muldoon Rd., 3500 C. St., 1530 Huffman Rd., all in Anchorage, Alaska; and Travelers' Express money orders at Tesoro; then depositing the money orders to his personal and business accounts at First National Bank of Alaska; as further described below:

// //

// //

| DATE | MONEY ORDERS PURCHASED (Number of Money Orders/Amount) | MONEY ORDERS DEPOSITED |
|---|---|---|
| Friday 10/29/99 | 3/$2,100 (Postal) <br> 1/$700 <br> 4/$2,800 | 0 |
| Saturday 10/30/99 | 7/$4,300 (DeBarr) <br> 8/$5,000 (2900 E. Tudor) <br> 15/$9,300 | 0 |
| Monday 11/1/99 | 8/$5,000 (Abbott) <br> 8/$5,000 (5th Ave.) <br> 16/$10,000 | 14/$9,700 (Business) |
| Tuesday 11/2/99 | 8/$5,000 (Northern Lights) | 13/$7,400 (Business) <br> 8/$5,000 (Business) |
| Friday 11/5/99 | 0 | 8/$5,000 (Business) |
| Saturday 11/6/99 | 4/$2,800 (Postal) | 0 |
| Sunday 11/7/99 | 8/$5,000 (Abbott) | 0 |
| Tuesday 11/9/99 | 0 | 4/$2,800 (Business) |
| Wednesday 11/10/99 | 0 | 8/$5,000 (Business) |
| Unknown | 8/$5,000 (Williams) <br> 10/$5,000 (Tesoro) | 0 |

| | | |
|---|---|---|
| Friday 11/12/99 | 9/$6,000 (Abbott) 8/$5,000 (Lake Otis) 10/$5,000 (801 E. Tudor) 4/$2,500 (Old Seward) <u>8/$5,000 (2900 E. Tudor)</u> 39/$23,500 | 14/$8,900 (Business) 3/$2,100 (Business) 17/$10,100 (Personal) |
| Saturday 11/13/99 | 8/$5,000 (285 Muldoon) 4/$2,500 (1900 Muldoon) | 8/$5,000 (Personal) |
| Monday 11/15/99 | 8/$5,000 (C St.) | 10/$5,000 (Personal) 4/$2,500 (Personal) 8/$5,000 (Business) 5/$2,500 (Personal) |
| Tuesday 11/16/99 | 0 | 8/$5,000 (Personal) |
| TOTAL | 132/$80,900 | 132/$80,900 |

Having executed the above-described scheme to structure transactions, defendant HUSEIN AHMAD AZZAM did on or about November 20, 1999, write a $30,000 check from his personal account and a $50,000 check from his business account and use these to purchase an $80,000 cashier's check payable to Pacific Northwest Title of Alaska, which was used to make the down payment on a residence located at 16101 St. James Street., Anchorage, Alaska.

All in violation of Title 31, United States Code, Section 5324(a)(3).

## COUNT 2

Upon conviction of Count 1 of this Information, an offense punishable by more than one year of imprisonment, defendant HUSEIN AHMAD AZZAM shall

4

forfeit to the United States pursuant to Title 31, United States Code, Section 5317(c)(1)(A), all property, real and personal, involved in the offense of structuring financial transactions in violation of Title 31, United States Code, Section 5324(a)(3), and any property traceable thereto, including but not limited to the following:

$80,900 in U.S. currency seized from defendant's residence on or about April 1, 2003, which currency represents a substitute asset pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 31, United States Code, Section 5317(c)(1)(B).


s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov


DATED:   June 12, 2006