UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  HUSEIN AHMAD AZZAM 

DATE:   June 13, 2006    CASE NO.   3:06-CR-0054-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

An arraignment and change of plea hearing will be held in this matter on **Thursday, June 29, 2006, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING