AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA
V.
HUSEIN AHMAD AZZAM

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00054-RRB

I, _Husein Ahmad Azzam_, the above named defendant, who is accused of (I) structuring financial transactions in violation of 31 U.S.C. § 5324(a)(3); and (II) Criminal forfeiture under 31 U.S.C. § 5317(c)(1)(A)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 29, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before **REDACTED SIGNATURE**
_____
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE