IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00054-RRB |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| HUSEIN AHMAD AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

JUN 2 9 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant HUSEIN AHMAD AZZAM's June 29, 2006 guilty pleas to Counts 1 and 2 of the Information in this case, and the Court's acceptance of the defendant's guilty pleas, the Court found that defendant's interest, if any, in the $80,900.00 IN UNITED STATES CURRENCY described in Count 2, represents a substitute asset pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c)(1)(B), for property, real or personal, involved in the offense of structuring financial transactions in violation of 31 U.S.C. § 5324(a)(3), and any property traceable thereto, and is therefore subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(1)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The currency described in Count 2 of the Information is condemned and forfeited to the United States of America pursuant to 31 U.S.C. § 5317(c)(1)(A), and defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said currency.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the Department of the

Treasury, or its contractor, EG&G, is authorized to seize and take possession of the aforementioned currency and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said currency, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the Department of the Treasury shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than defendant, having or claiming a legal interest in the above-listed forfeited currency must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited currency. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the

currency that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED: 6/28/06          REDACTED SIGNATURE
                        HON. RALPH R. BEISTLINE
                        United States District Judge