MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>HUSEIN AHMAD AZZAM</u>    CASE NO. <u>3:06-cr-00054-RRB</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE:         <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:         <u>THOMAS BRADLEY</u>

DEFENDANT'S ATTORNEY:         <u>PHILLIP WEIDNER AND CRISTINA</u>
         <u>WEIDNER TAFS - FRIEND OF COURT</u>

U.S.P.O.:         <u>PAMELA SHAW</u>

PROCEEDINGS: ARRAIGNMENT/CHANGE OF PLEA HEARING
         HELD JUNE 29, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened.

<u>X</u> Copy of Information given to defendant.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant states true name:<u> Same as above.</u>

<u>X</u> Waiver of Indictment **FILED**.

<u>X</u> PLEAS: Guilty to count <u>1 and 2 of the Information.</u>

<u>X</u> Court accepted plea(s).  <u>X</u> Referred to P.O. for presentence
                                    report.

<u>X</u> Imposition of Sentence set for **September 12, 2006 at 1:30 p.m.**

<u>X</u> Personal Recognizance Order **FILED**.

<u>X</u> OTHER: <u>Court and counsel heard re plea agreement and</u>
<u>defendant's waiver of statute of limitations. Court instructed</u>
<u>defendant not to leave the State of Alaska or violate any laws.</u>
<u>Preliminary Order of Forfeiture</u> **FILED.**

At 8:59 a.m. court adjourned.

DATE:    <u>June 29, 2006</u>    DEPUTY CLERK'S INITIALS:   <u>amk</u>