NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.:  907-271-5071
Fax: 907-271-1500
thomas.bradley@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00054-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' SENTENCING |
| v. | ) | MEMORANDUM |
| | ) | |
| HUSEIN AHMAD AZZAM | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States agrees with the final presentence investigation report, and recommends a sentence of five years of probation, in accordance with the plea agreement.

This case presents an interesting circumstance.  The defendant has for years engaged in conduct that appears suspicious, and he has evidently walked very

close to the line between legal and illegal behavior in his personal and business dealings.  The timing of his first marriage hints of immigration fraud, but there is no direct evidence of this.  He was convicted of switching prices on tools in a store ten years ago.  In the instant case, the structuring was extremely blatant, clearly evidencing a desire to come up with a down payment for a home by disguising the source of the funds.  The fact that a large amount of cash was seized in the subsequent search indicates that this defendant generates cash somehow, probably through his business.

However, the government has not been able to establish the exact source of these funds, or establish whether the defendant was involved in illegal businesses, or operating his legal business in an illegal way.  The indications that he was selling cars under the table are there, but it was supported by statements from persons whose credibility could be impeached.  The difficulties of establishing a criminal tax case against a sole proprietorship with poor or nonexistent records might have been insurmountable.

The proposed disposition provides for a solution.  The forfeiture imposes a significant penalty, in that every dollar structured is lost to the defendant.  The probationary period is long, and will force the defendant to either clean up his

business and financial practices or face prison.  The fact that the defendant is getting a break up front should not blind him to the fact that the government will ask for an immediate and severe prison term should the defendant violate probation.

The United States asks the Court to consider imposing special conditions of probation in this case, to include the specific requirement that the defendant:

1) File all Currency Transaction Reports required in his business in a timely manner;

2) File all delinquent individual and business income tax returns with the IRS;

3) File timely individual and business tax returns during the period of probation; and

4) Cooperate with the IRS in the collection and payment of any taxes due and owing.

These terms will give the defendant a chance to reform himself and prove that he can operate lawfully.  Any failure should be expected to lead to a jail term.

//   //

The defendant has been given the proverbial rope in this case. He can pull himself back up to legitimacy or he can hang himself with it. The choice is his.

RESPECTFULLY SUBMITTED September 5, 2006.

NELSON P. COHEN
United States Attorney

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006,
a copy of the foregoing United States' Sentencing
Memorandum was served electronically on
Phillip Weidner.

s/ Thomas C. Bradley