Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-CR-00054-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUSEIN AHMED AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby enters his appearance on behalf of Husein Ahmed Azzam, defendant in the above-captioned matter.

Please address a copy of all pertinent pleadings, orders and correspondence to:

Phillip Paul Weidner, Esq.
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

RESPECTFULLY SUBMITTED this 6th day of September, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Husein Ahmed Azzam

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidnerjustice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on September 6, 2006, a copy of the foregoing Entry of Appearance was served electronically on Thomas Bradley.


s/ Phillip Paul Weidner
ABA 7305032