Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-CR-00054-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUSEIN AHMED AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SENTENCING MEMORANDUM**

COMES NOW Husein Ahmed Azzam, defendant in this matter, by and through counsel, Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby submits the following sentencing memorandum in connection with sentencing of the defendant, scheduled to proceed at 1:30 p.m. on September 12, 2006, before the Court.

The plea agreement in this matter is the result of lengthy negotiations between experienced counsel for both the defense and the government, and takes into consideration the actual offense conduct, Mr. Azzam's acceptance of responsibility, his ties to the community, and his prior criminal history, which is devoid of any serious offenses, as well as the sentencing factors set out at 18 U.S.C. § 3553.

The government, the defendant, and the pretrial services officer all agree, that the recommended sentence of five years probation without a period of incarceration, as

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

contemplated by the plea agreement, is the appropriate disposition in this matter, and will allow Mr. Azzam to accept responsibility for his actions, while continuing to be a contributing member of society, and supportive husband and father of four young children.

As noted by the government, the probationary period is lengthy, and will allow Mr. Azzam to prove his rehabilitation to the government, himself, his family and his community.

In addition to the probation, Mr. Azzam has made restitution to the government in the amount of $80, 900, which constitutes funds substituted for the amount of funds involved in the offense conduct.

Regarding any special conditions of probation, which may well be subject to the Court's discretion, defense counsel would appreciate the opportunity to address the Court concerning same on the record at sentencing.

RESPECTFULLY SUBMITTED this 6th day of September, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Husein Ahmed Azzam

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidnerjustice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on September 6, 2006, a copy of the foregoing Sentencing Memorandum was served electronically on Thomas Bradley.

s/ Phillip Paul Weidner
ABA 7305032