NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Criminal Chief
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00054-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| HUSEIN AHMED AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case.  This motion is supported by

the simultaneously-filed Declaration of Counsel.

DATED this 7th day of September, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL DECREE OF
FORFEITURE were sent electronically this 7th day of September, 2006, to:

PHILLIP P. WEIDNER  (Counsel for defendant Husein Ahmed Azzam)

s/James Barkeley