IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00054-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| HUSEIN AHMED AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 29, 2006, defendant HUSEIN AHMED AZZAM pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Information issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the $80,900.00 IN UNITED STATES CURRENCY, described in Count 2 of the Information, represents a substitute asset pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c)(1)(B), for property, real or personal, involved in the offense of structuring financial transactions in violation of 31 U.S.C. § 5324(a)(3), and any property traceable thereto, thereby rendering said currency subject to forfeiture under 31 U.S.C. § 5317(c)(1)(A).

AND WHEREAS, on July 3, 2006, this Court entered a Preliminary Order of Forfeiture, forfeiting all of the right, title and interest of defendant HUSEIN AHMED AZZAM in the above-referenced $80,900.00 IN UNITED STATES CURRENCY described

in Count 2, pursuant to 31 U.S.C. § 5317(c)(1)(A).

AND WHEREAS, on July 21, July 28, and August 4, 2006, the United States Department of the Treasury, Internal Revenue Service ("IRS") published, in the Anchorage Daily News, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said currency in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the currency.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited currency have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the $80,900.00 IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the IRS, and its property manager and/or its contractor according to law.

2. That the IRS is directed to pay any and all costs associated with the above-described currency and to dispose of such according to law.

3. The Clerk is hereby directed to send a copy of this Order to the United States Department of the Treasury, Internal Revenue Service, Asset Forfeiture Division, 915 2nd

Avenue, Room 3250, Seattle, WA 98174 (attn: Jann Tompkins).

SO ORDERED this ___ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
United States District Court