NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Criminal Chief
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00054-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL IN** |
| | ) | **SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| HUSEIN AHMED AZZAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

   1. On June 29, 2006, defendant HUSEIN AHMED AZZAM pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Information issued in this case. On

July 3, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest, if any, in the $80,900.00 IN UNITED STATES CURRENCY described in Count 2.

2. Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited currency are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States Department of the Treasury, Internal Revenue Service ("IRS") published notification of the Court's July 3, 2006 Preliminary Order of Forfeiture in the Anchorage Daily News on July 21, July 28, and August 4, 2006. Exhibit 1. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject currency.

4. No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described currency have been filed by any person or entity within the time allowed by law.

5. Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said currency be forfeited as to all persons. Full right, title and interest in the above-described currency shall be and hereby is vested in the United States.

Further, the IRS and its property manager and/or its contractor should be directed to

dispose of the above-described currency and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of September, 2006 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing DECLARATION OF COUNSEL was sent electronically
this 7th day of September, 2006, to:

PHILLIP P. WEIDNER (Counsel for defendant Husein Ahmed Azzam)

s/James Barkeley