```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __HUSEIN AHMAD AZZAM__ CASE NO. __3:06-CR-00054-RRB__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        JAMES BARKELEY

DEFENDANT'S ATTORNEY:           PHILLIP WEIDNER

U.S.P.O.:                       PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:29 p.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Defendant placed on probation for a period of _5_ years under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Fined $ _2,500.00; to be paid in $500.00 payments until paid in full._

_X_ Special Assessment $ _100.00_ , due _immediately._

_X_ OTHER: _Court and counsel heard re plea agreement, presentence report and sentencing recommendations. Court advised the defendant of appeal rights; payment coupon given to defendant._

At 1:53 p.m. court adjourned.


DATE:   September 12, 2006      DEPUTY CLERK'S INITIALS:   ce