UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

**DATE:** September 25, 2006

**REPLY TO ATTN OF:** Chris Liedike
U.S. Probation/Pretrial Services Officer

**SUBJECT:** **Husein A. Azzam**
**3:06-CR-0054-RRB**

**TO:** Honorable Ralph R. Beistline
U.S. District Court Judge

**CC:**

On September 12, 2006, the above named offender was sentenced to five years probation which commenced on September 12, 2006. To date, the offender has submitted to DNA collection, and paid the $100 special assessment. The defendant was ordered to pay a fine of $2,500. The offender has requested to travel to Israel to his nieces wedding. The defendant reports his travel dates as on or about December 15, 2006, to on or about January 15, 2007.

There is some confusion as to the payment schedule of the $2,500 fine that was ordered by the Court. In court, it was ordered that the defendant is to pay the fine at the rate of $500 per year. In the judgment, it shows that the defendant is to pay monthly installments of $500 over a period of five years, and it also shows that the defendant is to pay monthly installments of not less than 10% of his gross monthly income or $25, whichever amount is greater. Could this please be clarified.

\_\_\_\_\_ The Court authorizes the offender to travel to Israel on or about December 15, 2006, to on or about January 15, 2007, if the fine balance is zero.

__X__ The Court authorizes the offender to travel to Israel on or about December 15, 2006, to on or about January 15, 2007.

\_\_\_\_\_ The Court does not authorize the offender to travel to Israel.

\_\_\_\_\_ Other _____.

Ralph R. Beistline
U.S. District Court Judge
9/26/06