UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

DATE: April 24, 2008

REPLY TO ATTN OF: Chris Liedike
U.S. Probation/Pretrial Services Officer

SUBJECT: **Husein A. Azzam**
**3:06-CR-0054-RRB**

TO: Honorable Ralph R. Beistline
U.S. District Court Judge

CC:

RECEIVED APR 2 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

On September 12, 2006, the above named offender was sentenced to five years probation which commenced on September 12, 2006. To date, the offender has submitted to DNA collection, has paid the $100 special assessment, and paid his fine of $2,500.

The offender has requested to travel to Israel with his wife and four children to visit family. The defendant reports that he will be departing Anchorage on May 19, 2008, and returning to Anchorage on July 23, 2008.

__✓__ The Court authorizes the offender to travel to Israel from May 19, 2008, to July 23, 2008.

_____ The Court does not authorize the offender to travel to Israel from May 19, 2008, to July 23, 2008.

_____ Other _____.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

4/25/08